**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**700 S. FLOWER ST., SUITE 1950**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

# NOTICE OF RESCHEDULED HEARING

| IN RE: | CHAPTER 13 |
|---|---|
| **DANIEL JOSEPH SLONE** <br> **SHERILYN KEMPF SLONE** | CASE NO.: LA10-11645-AA |
| | **NOTICE OF RESCHEDULED TIME FOR §341(a) MEETING OF CREDITORS** |
| DEBTOR(S) | DATE: February 19, 2010 <br> TIME  9:00 am <br> PLACE: ERNST & YOUNG PLAZA <br>          725 S. FIGUEROA ST. ROOM 103 <br>          LOS ANGELES, CA 90017 |

**PLEASE TAKE NOTICE THAT the previously scheduled §341(a) MEETING OF CREDITORS will now occur at the time and place listed above.**

**Dated:  2/10/10**

_(signature)_

**Kathy A. Dockery**
**Chapter 13 Trustee**

**PROOF OF SERVICE BY U.S. MAIL**

I, Perlita Gozun, declare as follows:

I am employed in the County of Los Angeles, State of California.  My business address is 700 S. Flower Street, Suite 1950, Los Angeles, California 90017.  I am over the age of eighteen and not a party to this case.  On 2/10/10, I served the "**NOTICE OF RESCHEDULED TIME FOR §341(a) MEETING OF CREDITORS**" by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Angeles, California addressed as follows:

[See Service list]

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and executed at Los Angeles, California.

DATED: 2/10/10

_____
Perlita Gozun

## Service List

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

1617 Studeaker Rd|Long Beach, CA 90815
Long Beach, CA 90815

AMERICAN EXPRESS BANK, FSB
C/O BECKET & LEE LLP
ATTORNEYS/AGENT FOR CREDITOR
P O BOX 3001
MALVERN, PA 19355-0701

Amex
Po Box 297871
Fort Lauderdale, FL 33329

BAC HOME LOANS SERVICI
450 AMERICAN ST
SIMI VALLEY, CA 93065

BANK OF AMERICA
PO BOX 17054
Wilmington, DE 19850

CAP ONE
PO BOX 85520
RICHMOND, VA 23285

CHASE
PO BOX 15298
WILMINGTON, DE 19850

Citi
Po Box 6241
Sioux Falls, SD 57117

DANIEL JOSEPH SLONE
SHERILYN KEMPF SLONE
1617 STUDEAKER RD
LONG BEACH, CA 90815

DISCOVER BANK
DFS SERVICES LLC
P O BOX 3025
NEW ALBANY, OH 43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

First Tennessee Bank
P O Box 119
Memphis, TN 38101

Hyundai Motor Finance
10550 Talbert Ave
Fountain Valley, CA 92708

LAW OFFICE OF GARY LEIBOWITZ
4050 KATELLA AVE.
SUITE 201
LOS ALAMITOS, CA 90720

Peter Thom, MD
405 Traffic Way, Ste A
Arroyo Grande, CA 93420

Target N.b.
PO Box 673
Minneapolis, MN 55440

Gary Leibowitz
The Law Office of Gary Leibowitz
4050 Katella Ave Ste 201
Los Alamitos, CA 90720

Kathy A Dockery
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

Medicredit Corporation
1801 California Av
Corona, CA 92881

SHERILYN KEMPF SLONE
1617 STUDEAKER RD
LONG BEACH, CA 90815

UNVL/CITI
PO Box 6241
Sioux Falls, SD 57117